**Curtis R. Rawlings, Esq.**
Nevada Bar No. 6790
BURGER, MEYER & D'ANGELO, LLP
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: crawlings@burgermeyer.com

Attorneys for Defendant
*Walmart, Inc.*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIEL NOLASCO MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. dba WALMART STORE #1559, a Foreign Corporation; DOES Individuals I-X; and ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01866-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |

Plaintiff, Gabriel Nolasco Martinez, by and through his counsel of record, Kaylee Havens, Esq. of Jerez Law, PLLC, and Defendant Walmart, Inc. ("Defendant") by and through its attorney of record, Curtis R. Rawlings, Esq. of Burger, Meyer, & D'Angelo, LLP, hereby submit the instant Stipulation and Order to Extend Discovery Plan and Scheduling Order (First Request) pursuant to LR IA 6-1 and LR 26-3.

**I.**

**PROCEDURAL HISTORY**

This lawsuit involves allegations that GABRIEL NOLASCO MARTINEZ suffered injuries relating to an impact with a pallet jack on Defendant's premises. On May 29, 2026, Plaintiff, filed his Complaint against Defendant, WALMART, INC., with the Eighth Judicial District Court for Clark County, Nevada. On June 22, 2026, Defendant filed its Petition for Removal and removed

BURGER, MEYER & D' ANGELO, LLP

the matter to this Court based upon diversity jurisdiction and filed its Answer to the Complaint on the same day. The parties participated in the FRCP Rule 26(f) conference and on July 31, 2026, this Court entered its Order on the parties' Discovery Plan and Scheduling Order [Document 13].

## II.

## DISCOVERY COMPLETED

**To date, Plaintiffs have completed the following discovery**:

- Plaintiff's FRCP 26 Initial Disclosure served July 31, 2026;
- Plaintiff's FRCP 26 Supplemental Disclosure served September 16, 2026;
- Plaintiff's Responses to Defendant's Requests for Admissions served September 16, 2026;
- Plaintiff's Answers to Defendant's Interrogatories served September 16, 2026;
- Plaintiff's Responses to Defendant's Requests for Production of Documents served September 16, 2026;
- Plaintiff's First Set of Requests for Admissions served October 14, 2026;
- Plaintiff's First Set of Interrogatories served October 14, 2026; and,
- Plaintiff's First Set of Requests for Production of Documents served October 14, 2026

**To date, Defendant has completed the following discovery**:

- Defendant's FRCP 26 Initial Disclosure served June 30, 2026;
- Defendant's First Set of Interrogatories to Plaintiff served August 3, 2026;
- Defendant's First Set of Requests for Admissions to Plaintiff served August 3, 2026;
- Defendant's First Set of Requests for Production of Documents served August 3, 2026;
- Defendant's Responses to Plaintiff's Requests for Admissions served October 26, 2026;
- Notice of Depositions Duces Tecum and Intent to Serve Subpoenas Duces Tecum (medical providers) served August 3, 2026;

## III.

## DISCOVERY REMAINING TO BE COMPLETED

- Deposition of Plaintiff;

- Deposition of Defendant's PMK;
- Depositions of Defendant's store employees;
- Depositions of Plaintiff's treating providers:
- Initial expert designations;
- Rebuttal expert designations;
- Depositions of Initial and Rebuttal Experts;
- Possible IME of Plaintiff; and,
- Additional written discovery as to all parties:
    - Based on the result of additional witness depositions, both parties may require additional written discovery.

Good cause exists under Local Rule 26-3 to extend the discovery deadlines by sixty (60) days. The parties have diligently been working to complete discovery, but the emphasis has been on settlement negotiations. Based on the continuing negotiations, the parties are close to settling the matter, and will be considering a mediation, if necessary, in hopes of resolving this matter without the need of expending substantial money for experts and depositions prior to attempting resolution.

Accordingly, good cause exists to extend the discovery deadlines by sixty (60) days. This request is timely under Local Rule 26-3 and is made not for purposes of delay, but to promote the fair adjudication of the case on its merits. No party will be prejudiced by the requested extension, and the parties remain committed to working cooperatively and in good faith to move the matter forward.

**IV.**

**PROPOSED DISCOVERY SCHEDULE AND TRIAL DATE**

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cutoff | 02/03/2027 | 04/05/2027 |
| Motions to Amend Pleadings/Add Parties | 11/02/2026 | Closed |
| Initial Expert Disclosures: | 12/02/2026 | 02/02/2027 |
| Rebuttal Expert Disclosures: | 01/04/2027 | 03/04/2027 |
| Dispositive Motions: | 03/05/2027 | 05/05/2027 |



BURGER, MEYER & D' ANGELO, LLP

| | | |
|---|---|---|
| Joint Pre-Trial Order: | 04/05/2027 | 06/04/2027 |

This is the first request for an extension of time in this matter and no trial date will be impacted by the extension as no trial date has been set. The parties submit that the reasons set forth above constitute good cause for the requested extension.

DATED this 24th day of November, 2026.

Respectfully submitted:

*/s/ Curtis Rawlings*
By:______________________
CURTIS RAWLINGS, ESQ.
Nevada Bar No.: 6790
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
Attorney for Defendant
Walmart, Inc.

DATED this 24th day of November, 2026.

Approved as to Form and Content:

*/s/ Kaylee Havens*
By:______________________
KAYLEE HAVENS, ESQ.
Nevada Bar No.: 15561
4484 South Pecos Road, Ste 145
Las Vegas, Nevada 89121
Attorney for Plaintiff
Gabriel Nolasco Martinez

**IT IS SO ORDERED.**

DATED this 25th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE